IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JAMES CHRISTOPHER WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-320-F |
| ) | (WO) |
| METROPOLITAN LIFE INSURANCE ) | |
| CO., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Joint Motion to Remand/Transfer filed by the parties on July 15, 2005 (Doc. # 17), it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. This cause is hereby REMANDED to the Circuit Court of Lee County, Alabama.

3. The Clerk of the Court is DIRECTED to take all steps necessary to effect this remand.

DONE this 19th day of July, 2005.

　　　　　　　　　　　　　　　　　　　　／s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE